UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

H.J.,

Petitioner,

v.

JULIO HERNANDEZ, *et al.*,

Respondents.

CASE NO. 2:26-cv-02384-GJL

ORDER ON MOTION TO STRIKE

Before the Court is Respondents' Motion to Strike Petitioner's Reply in support of the Motion for a Temporary Restraining Order ("TRO"), filed in this federal habeas action. Dkt. 15. Upon review, the Court **DENIES as moot** Respondents' Motion (Dkt. 15), as Petitioner has withdrawn the Reply. *See* Dkt. 17.

On July 8, 2026, Petitioner H.J. filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and accompanying Motion for a TRO. Dkts. 1, 2. On that same day, the Court provisionally granted the Motion for a TRO, directed the parties to meet and confer on a briefing schedule, and, if no agreement can be reached, directed Respondents to file a response to the Motion for a TRO. *See* Dkt. 5.

On July 9, 2026, Respondents filed a Notice of intent to oppose the Motion for a TRO. Dkt. 7. In addition, they filed a Response to the Motion for a TRO on July 10, 2026. Dkt. 8.

Petitioner filed a Reply to the Motion for a TRO and Declaration on July 13, 2026. Dkts. 13, 14. As a result, Respondents filed the instant Motion to Strike, requesting that the Reply and Declaration be stricken in light of Local Civil Rule 65. Dkt. 15. Specifically, under Rule 65, a reply to a Motion for a TRO is not permitted. LCR 65(b)(5). In response, Petitioner filed a Response to the Motion to Strike, withdrawing the Reply (Dkt. 13). Dkt. 17.

Accordingly, the Motion to Strike (Dkt. 15) is **DENIED as moot**. Petitioner's Reply and Declaration in support of the Motion for a TRO (Dkts. 13, 14) are **STRICKEN**.

Dated this 4th day of August, 2026.

Grady J. Leupold
United States Magistrate Judge